UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Elena Goudelias<br><br>                        Plaintiff,<br><br>-against-<br><br>Secrist Marketing Strategies, LLC, et al.,<br><br>                        Defendants. | 23-CV-08928 (RFT)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      In light of the parties' notice that they have reached an agreement in principle, all discovery deadlines are stayed. Plaintiff has until May 29, 2024 to file a motion for preliminary approval of the parties' class-action settlement agreement.

DATED: May 2, 2024
              New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge