UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELENA GOUDELIAS, individually and on behalf of others similarly situated,

                Plaintiff,

-v-

SECRIST MARKETING STRATEGIES LLC d/b/a BKA CONTENT, et al.,

                Defendants.

23-CV-08928 (ALC) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This action is scheduled for a telephonic status conference on July 2, 2024, at 11:30 AM. The parties shall be prepared to discuss 1) the "reasonable" efforts the administrator plans to take to locate addresses of missing class members whose claims notices are returned without a forwarding address and 2) their reasoning for having unclaimed funds go to a cy pres trust rather than redistributing such funds to class members who did cash their checks. Counsel for the parties are directed to call my conference line at the scheduled time. **Please dial (646) 453-4442, Access Code: 295 109 34#.**

    If the parties are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:     June 24, 2024
               New York, New York

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge