UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELENA GOUDELIAS *individually and on behalf of others similarly situated*, | Case No.: 1-23-cv-08928- RFT |
| | **CLASS ACTION** |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| SECRIST MARKETING STRATEGIES, LLC, d/b/a BKA CONTENT, *et al.* | |
| Defendants. | |

## NOTICE OF PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Elena Goudelias through her undersigned counsel, hereby moves for final approval of the Class Action Settlement Agreement ("Agreement") reached between Plaintiff and Defendants. Plaintiffs respectfully request, without opposition by Defendants, that the Court grant the following relief:

1. Finally approve as fair, reasonable and adequate, the Agreement, a true and correct copy of which is attached hereto as Exhibit 3.

2. Finally certify, under Fed. R. Civ. P. 23, for purposes of settlement, the following "Settlement Class":

> All individuals who, at any time during the period between October 11, 2017 to July 29, 2024, who preformed work for Defendant BKA as a Content Creator in the State of New York, who were classified as independent contractors, and who have not objected to or requested to exclude themselves from the settlement (the "Settlement Class").

3. Finally approve Plaintiff Elena Goudelias as Class Representative of the Settlement Class.

4. Finally approve a service award of $10,000.00 to Plaintiff Elena Goudelias.

5. Finally approve James E. Goodley and Ryan P. McCarthy of the law firm Goodley McCarthy LLC as Class Counsel for the Settlement Class.

6. Finally approve Class Counsel's attorney fees and costs of $83,333.33, which is equal to 33 1/3% of the common fund.

7. Finally approve RG2 Claims Administration LLC as Settlement Administrator to perform the notice and administration services described in the Agreement.

8. Finally approve the Settlement Administrator's costs of claims administration, in an amount not to exceed $6,692.00.

9. Dismiss the action with prejudice, subject to the Court maintaining jurisdiction over enforcement of the settlement.

Dated: October 7, 2024               Respectfully Submitted,

/s/ James E. Goodley
James E. Goodley (NY Reg. No. 5724083)
Ryan P. McCarthy*
GOODLEY MCCARTHY LLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com

*Attorney for Plaintiff and the Settlement Class*
\* *Admitted Pro Hac Vice*